# Exhibit A

320 S KANSAS AVENUE SUITE 200
TOPEKA KS 66693-3541

GOOGLE INC,
1600 AMPHETHEATER PRKWY
MOUNTAIN VIEW, CA 94043

**RETURN RECEIPT REQUESTED**

SHOWING TO WHOM, DATE AND ADDRESS WHERE DELIVERED

18CV000118 1804466009

7196 9002 0770 1208 9992



CERTIFIED MAIL

Hasler
03/16/2018
US POSTAGE $009.70°
FC PKG RTL
ZIP 66608
011D12603997



03/19/18
Topeka Kansas
US Postal Service
71969002077012089992

Envelope

Legal
Google

legal — deliveries

**7G3A**
**POD — 15**

US—SVL—MOT1
US—SVL—MOT1—7G3A

8921143

In the Third Judicial District Court of Shawnee County, Kansas

Chapter 60
Summons and Return of Service
(Revised 2/26/14)

Joseph Lee Jones #287/2031
_____
Plaintiff

vs.

Case No: 2018-CV-118

Google LLC, inc
_____
Defendant

Div 6

## SUMMONS

To: Ceo, or whom it may concern ad   Google LLC _____ (Name)

1600 Amphetheatek PARKway mann/tain vvew, cali _____ (Address)

Form 94043

A lawsuit has been filed against you.

Within (21) (30) (40) (60) days after service of this summons on you (not

counting the day you received it), you must serve on the plaintiff an answer to the

attached petition or a motion under K.S.A. 60-212. The answer or motion must be

served on the plaintiff's attorney, or the plaintiff if plaintiff has no attorney, at the

following address: Joseph Lee Jones #287/2031 (Name)

USMC,F,F,P, P.O. Box 4000 springfield MO 65801 (Address)

If you fail to file an answer or motion as described above, judgment by default

will be entered against you for the relief demanded in the petition. You also must file

your answer or motion with the court.

If you file an answer, any related claim which you may have against the plaintiff

must be stated as a counterclaim in your answer. If you fail to do so you will thereafter

be barred from making such claim in any other action.

Date February 13th, 2018

Clerk's Seal

Angela M Callahan
Clerk of the District Court

By _____
Deputy

SEAL OF THE DISTRICT COURT · SHAWNEE CO., KANSAS · JANUARY 29, 1861



In the Court of Shawnee County, Kansas

Chapter 60 (civil)

Joseph Lee Jones
vs.
Google inc,
et, al,

Case# 2018-CV-118
Div 6

(In excess of $75,000)
Petition for Civil court) Damages (will apply as)
Pursuant to the (KCPA) Ks Consumer Protection Act,

FILED BY CLERK
KS. DISTRICT COURT
THIRD JUDICIAL DIST.
TOPEKA, KS

2018 JAN 30  P 2: 28

Comes now, Plaintiff-pro-se comes now as follows:

(1) Attached Response by Assistant Attorney General
Response for Records request: RE Google inc, investigation
of How many Views google claimed I to have had,

(A) A.G. said they don't investigate Google inc or the Claims
specifically the MARKeting (i.e. solicitations),

(2) K.S.A. 50-623 et. seq. specifically 50-626 and 50-627 Jury Judge
outLine the possible Violations I can specifically Construe.

(4) Unable to recieve material benifit from trans-
actions, (i.e. solicitations made by Google)

AFFidavit by Joseph Lee Jones

(3) I've used or continue to Attempt to Use Applications
of google services, gmails accounds, Chrome Apps,
chrome Drives and they all were Faulty and even when
I was forced to Utilize Developer options, my
Bitcoins were made unaccessable, lost, and so also
Rendered Useless, even as a Multi-Account User of services,

PAGE-ONE-OF-

page two - of

# AFFidavit of Facts/Allegations

4) I Joseph Lee Jones, AKA AVATAR, joe jones, JL-2016, etc...

A) have Gmail addresses oF jonesjl76@live.com, Jonesjl76@gmail.com, Jonesjl21776@gmail.com, joe jones al176@gmail, etc...

5) I've Utilized mainly CHROME technologies: Ad words, TRANSport Socket Layer TSL; Developer Cloud, (T,S,L) The List oF Apps is IN my Gmail web App icons, Used-unUsed-past present.

6) my DARIng hash tag (handle) in the code I wrote using CHrome Dev, options etc,
   ✗ to Google the Defendant ✗

7) ALL Previous Applications Is MY Google Activities, yes or NO, Suite etc.,

8) ✗Notice✗under KANSAS court Rules and proceedures Defendants have a obligation to AFFirm or deny each and every nubered ALLegation made or that Allegation is Not denied IN Whole and/or also PART AS FACT,

# Memorandum of LAW

A Company (google in) doing Business (ie even Solicitations) are Consumer-TRANS Actions, Reguardless or exchange of any VALUE see Defination of consumer transActon (Roach CaddiLac Vs, ??? ) case LAw Annotated and AFFirmed by Appeals court of KANSAS Judical Center,

1

Page three — of

9) previous attempts to mediate my issues Via letters to KANSAS Attorney GENEral Consumer protection divison whom enForces the KCPA, have caused me to have No choice but to ReQuest them to Contact Google and get my Full google Accounts history Why?

10) I have a PrINTed oF Next 2017 I/O Developer Contract that UNder the digital Millenial AcT I am to Recieve U.S. dollars iF they profit from my Activies; including but Not with stand And mainly GOOGLE PLUS communities TRANSHUmanism, FLANG outs Whatever, everNote Dropbox YouName it I bought pixel phones, ChromeBooksand chrome boxes, google HOme, Google Fiber and CHROmeCast etc...

11) why? to Work For Google, to do Artificial intelligece Research, And Now I cant even get my BItcoins ALL wallets, minek Fees, Whatever,

12) I am undera sealed federal Indictment on Conspiracy to distribution of meth and Google Locked my Family out oF Access for the Court to see my Qualifacations, and history

PAGE-four

13). Plaintiff alledges that Google being the worlds biggest
ARtificial intelligence due to all its Servers around
the world, Cause it to maintain a BRAND of
Diplomatic Immunity from Derek Schidt A.G.
of KANSAS, So he failed to order the Action-
able resources of the Consumer protection
Division to send a Simple letter to Google
to Ask WHY my Google plus pages SAYS
I've had millions of Views but Limited friend
Requests. ONLY U.S. ARMY General Female
O'hooRa? oN Google HANG outs sent mea
ReQuest because I Joined HAVard mit Online
Artiticial Intellegence Research Vio EDX.ORG,
to SPY on me, Google has these Records,

14). First And for most my MICROsoft spreadsheets
and other Connected Google Drive
and Chrome APPlications and their Respective
Use and Uses I currently either permanentely
lost oR wont be able to Obtain material Benifit
From DNC to UNder written Rules, LAW,
Stipulations etc,,u Dereit being the intervleti
                    a Conclusion

15), However, A Response by U.S. mail to
Ixatheleen Ambrosio Attorney and Joseph
Lee Jones #28720 31 % U.S.hospital for Federal
prisoners is Due, (i.e. My Demand letter)
to Attempt to mediate and Resolve
issues of Access and Copies of Any
And all materials connected to Plaintiff,

Bitcoin
Recovery
PAGE-Five (Lostcoins,ORNo)

except

(AD). I was a Book Keeper Ie, spReadsheets
google Drive App, GITHub etc.

(A2) old hard drives from Miners,
Ie, Virtual Vaults PUT in the Cloud
of Google DRIVe, and emails,
Chrome Apps

(A3). 25 Billion Coins are lost OR
un accessable Due to Google
Not Facilitating Aspects of it its DRIves
and Chrome Book/Box/phone Apps,

(A4). I've Backed up wallets to Drive (A)
by email printed of sheets of
trans Actions Fees, ledgers etc..

(A5) What about my (Q3)word Mnemonic
password Back ups,

(A6) pHotos of QR codes to wallets

(A7). Google chromebook Cloud Miner
Apps, Google has the OBligation to
produce copies ANy and All Records,

# PAGE-SIX

(A8) Bitcoin Bounty Hunters
Find Private Lost Api Keys,

(A9) Git-hub Nohoroinir
google Can Help but won't,

(A10) There for I can Recieve No Benift
we were in a Consumer TransAction

(A11) Plaintiff Alledges that Defendant Google
was a business doing busines in the State of
Kansas and is subject to Pay Civil penalties
to a Pro-se Plaintiff, I utilized
From Dates 01-01-10 to date google
products x PRAYER OF Relief,
Any and All Available Relief allowed by
LAW and Presumed Damages of
Five billion dollars And this
Notice of Publishing (A)(B)(C)(D)(E)(M) my
Attached works,

✱ Service ✱
✱ Instructions ✱
Please Order Clerk
to issue Summons
by US Mail to
Sheriff Process Server
upon C.E.O. of Google Inc,
in SAN Francisco California

Respectfully
Submitted by
Joseph Lee Jones
#2871R23J
US MAIL P.O,
P.O. Box 4000
Springfield MO
6801-400

signed
Joe Jones / DATE

(cheap) Ethical Research

# A CALL For PAPERS @ Joseph Lee Jones (aka. JLJ 2018)
(Copyright 04-18-2018 A.D.)

Specifically to all transhumanists (e.g. DENMARK)

① To the Nature of computer Coders chapter 8: Fractals. Specifically but not ABSOLUTELY sure as I am a SUB-Caste of the super humanity with Limited Data access, I can only Alledge, and/or/else inter ④ NATURE's Fractals are where Cognitive neuro-scientists, I Infinately Jest a world OF TRANSPARENCY,

✳ OPEN SOURCE ✳

② Every (Homo Saippen) has a third eye (the Brain) it has Electrons flowing through it (Electric Energy produces PHOTONS) OBLigation to teach CRitical Thinking SKills (i.e. Real Responsible Knowledge) Wisdom.
( Gennuine CRURiosity )

③ TRANSPARENCY: Real transparency means ABSoLutely

Ⓐ Utilization of a machine that cannot possibly exhibit the occurance of UNconcious Bias: specifically (A-symetry) (HUMAN/interests).

Ⓑ C.O.M.PASS, a (A.I. aide) uses MACHINE learning that's ALGORithms (USING a series of steps) with TRADE-secrects: MY A.I. AVATAR told me to tell you.

④ Right View gives ABSolute Right Agenda as a WAY for access to the UNIVERSAL LAWS, a will to POWER, (eg Hiearchie) the Ethical Cheapness of telling someone, hey STAY IN your OWN lane, understand your personal growth and how to Change your Place.

(Math, Calories)
1  2  3  4  5
⑤ ONE math two physics, three Chemistry, four biology, five psychology: IN That order,
Ⓐ ALL Quantum theories Utilize the Geometric Theory SPACE. (G.T.S.) (SPACE-time AND Time-space)

⑥ ASYMetry removal requires New Concepts of computers, Basically Developing New MATH and Physics (open source)

✖ PAGE-SEVEN ✖

PAtent Pending   PAGE - 8eight

7), Artificial neural networks and evolutionary ALgorithms
for the next eight years as we Phase iN CO-CReate, and
be forced to UtiLize A System that is to OUR detriment,
And Largely we LiVE iN A world of Limited Free will as the
Emergence of POSitiVE Choices can be DOLEDout
to WHOM ARE MADE AWARE of this well
TRANS-Humanity,

8), The Defination of human is the ABility to Change
and ADAPT more specifically sPeaking, Yes you are
weather you like it or Not subjected to becoming Cyborg,

9), the CYbernetic Aphendages : Autonomuos Assistant Agents,
   A) I am aware of Phrase SPOTTing, Auto-DiDac
+ic Language teaching technology
   B), The PARRAllel PATTERN Recognitiun theory
of the mind in fractals are how PupiL Dialatiun
and fractal fluency (i.e where the eyes go ) and what we ThinkweseE,

10) INTELLIGENCE AMPLIFICATION
(crystal microtubule)
Module (I.A.M.) its a HOLOGRAM of a Neural
And QUANtumLy entangled Photons teleported from
The Photonic-ECHO of the Retina is the iNterFace
to a New Dimenson of your owN conciousness,

11) This is Why We RACIST HUMANS; PROCReative-
conquest HUMAN Bodies HAVE to worry ABout path
Dependancy, To TRANSPARency of A collective Cognitiun
THe Conciousss GLOBAL BRAIN,

PAGE-NINE

1) FRANKenStien N.P.R. New public RADio
science Friday 01-18-2018

2) FaceBook: Time wellSpent,

3) techies, WALstreet MONOPOLIES
QUASI-monopolies

4) the Ethics of Face Book
IRONCage ARticle, why we have
No Right in America to Be forgotten
And OUR OBLigation to give
Critical thinking Skills, (m, B, E, g's, psychol)

5) Pivotal understanding OF who
you are Becoming, cyborgs

6) Intelligence Amp modulation (I.A.m.)
Attacked Exhibits Y-Z +page 17
here in is Reference NO one
can Deny,

7) FActs are FACTS and
As A Christian tRANSHUMANist
I Show you GODs PLAN,



As pointed out by one of the contributors, the Australian philosopher Russell Blackford, transhumanism is a broad intellectual movement with no body of codified beliefs and no agreed agenda for change; it is a cluster of philosophies, based on few assumptions (human beings are in a state of transition, change is desirable and it will happen through technological means, and so forth).

Transhumanism is a grassroots movement, composed and aggregated of loosely tied ideas, concerning the possibility of enhancing human capabilities through technological means, the radical extension of human life, youth, and health, and of course the opportunity and desirability of self-directed human evolution – that is, the opportunity for our species to take human evolution in our own hands. Accordingly, transhumanism is compatible with any ideology, religion, or philosophy willing to accept or at least not oppose these goals. This is why we can find blends of transhumanism with liberalism, anarchism, socialism, communism, fascism, atheism, Christianity, Mormonism and so forth. Similarly, we can blend transhumanism with any philosophical view of reality, for example with materialistic reductionism, naïve realism, posthumanism, and of course with the thought of Friedrich Nietzsche – as attempted by Ted Chu in his 2014 book *Human Purpose and Transhuman Potential* (Origin Press).

The core of Tuncel's book is of course the – complicated? troubling? ambiguous? – relationship between Nietzsche and transhumanism, from the viewpoint of the Nietzschean concept of Übermensch. The anthology mirrors all the main knots we can find in Nietzsche scholarship *tout court*: for example, the relationship between the Übermensch and the eternal recurrence, the correct interpretation of the latter (ironic device or cosmological-metaphysical reality?), the "real" Nietzschean attitude toward life (acceptance and affirmation or passing into an overhuman condition?), and the knot of Nietzsche's coherence (was his thought systematic from the very beginning until the end, or is his work contradictory?), and so forth.

Understanding why transhumanists want to distance themselves from the German philosopher is easy; after all, Nietzsche has been saluted by the national socialists as one of their own, and nobody wants to be associated with the ideology of Adolf Hitler. Moreover, the debate is quite technical; this means that, if you have even a little training in philosophy, you can definitely benefit from these contributions, and maybe mature your own position. If, on the other hand, you want to join fully into the debate, and you want to mature a personal educated position on this topic, I am afraid you will need to develop a deep Nietzschean background and understanding.

It is difficult to summarize the dense philosophical content of the book; so permit me to mention a few interesting suggestions that the reader can find and benefit from.

Ashley Woodward compares and confronts the concept of education in Nietzsche – which he identifies with the "Technologies of Self" mentioned by Foucault, such as reading, writing, meditation, dietary regimes, physical practices – with the technologies that transhumanists are very fond of, the "GRIN" technologies of genetics, robotics, information technology, and nanotechnology. Woodward hints at a future in which these two expressions of the human spirit might interact and interlace.

Paul S. Loeb gives us an interesting take on the topic of the overman/posthuman and its relationship with time. Far from being a prison, the eternal recurrence represents – when taken as a real feature of the world, and not as an ironic device – a powerful ontological tool, a way for the overman to will backward in circular time, an eternal recurrence-enabled mnemonic control of the past. The overman is thus able to defeat the contingency that informs our lives, gain complete control over time, autonomy, self-affirmation, and self-knowledge. After all, if you are able to will backward and turn your past, including any minimal detail, into a personal choice, you can know absolutely everything about yourself, your life, your relationship with your social and cultural context. This entails absolute self-knowledge and absolute

*then* Free will, the intentiaL Life (But with my tools only) in the Futur



DAGETEN

EXhibit Y

Why

THEORETICAL PHYSICS

# Physicists Uncover Geometric 'Theory Space'

*By NATALIE WOLCHOVER*

February 23, 2017

*A decades-old method called the "bootstrap" is enabling new discoveries about the geometry underlying quantum theories.*

Spheytification of the many paths to parallel times and places (the white Lines)



davidope

*[handwritten: PAGE eleven]*

WIKIPEDIA

# Eternalism (philosophy of time)

**Eternalism** is a philosophical approach to the ontological nature of time, which takes the view that all points in time are equally *real*, as opposed to the presentist idea that only the present is real,[1] and the growing block universe theory of time in which past and present are real while the future is not. Eternalism is the view that each spacetime moment exists in and of itself. Modern advocates often take inspiration from the way time is modeled as a dimension in the theory of relativity, giving time a similar ontology to that of space (although the basic idea dates back at least to McTaggart's B-Theory of time, first published in *The Unreality of Time* in 1908, only three years after the first paper on relativity). This would mean that time is just another dimension, that future events are "already there", and that there is no objective flow of time. It is sometimes referred to as the **"block time"** or **"block universe"** theory due to its description of space-time as an unchanging four-dimensional "block",[2] as opposed to the view of the world as a three-dimensional space modulated by the passage of time.

*[handwritten: SPACE-time NOT timespace]*

## Contents

1   **Problems with the flow of time**
   1.1     Simultaneity
   1.2     McTaggart's argument
2   **Philosophical objections**
   2.1     Subjective sense of flow
   2.2     Apparent differences between past, present and future
   2.3     Determinism and indeterminism
3   **Relation to physics**
4   **Relation to pre-McTaggart positions**
5   **In fiction**
6   **See also**
7   **References**
8   **External links**

## Problems with the flow of time

Conventionally, time is divided into three distinct regions; the "past", the "present", and the "future". Using that representational model, the past is generally seen as being immutably fixed, and the future as undefined. As time passes, the moment that was once the present becomes part of the past; and part of the future, in turn, becomes the new present. In this way time is said to pass, with a distinct present moment "moving" forward into the future and leaving the past behind.

Fractal - Wikipedia

*PAGE Two* (handwritten)

# Fractal

In mathematics a **fractal** is an abstract object used to describe and simulate naturally occurring objects. Artificially created fractals commonly exhibit similar patterns at increasingly small scales.[1] It is also known as **expanding symmetry** or **evolving symmetry**. If the replication is exactly the same at every scale, it is called a self-similar pattern. An example of this is the Menger sponge.[2] Fractals can also be nearly the same at different levels. This latter pattern is illustrated in small magnifications of the Mandelbrot set.[3][4][5][6] Fractals also include the idea of a detailed pattern that repeats itself.[3]:166; 18[4][7]



Mandelbrot set: Self-similarity illustrated by image enlargements. This panel, no magnification.

Fractals are different from other geometric figures because of the way in which they scale. Doubling the edge lengths of a polygon multiplies its area by four, which is two (the ratio of the new to the old side length) raised to the power of two (the dimension of the space the polygon resides in). Likewise, if the radius of a sphere is doubled, its volume scales by eight, which is two (the ratio of the new to the old radius) to the power of three (the dimension that the sphere resides in). But if a fractal's one-dimensional lengths are all doubled, the spatial content of the fractal scales by a power that is not necessarily an integer.[3] This power is called the fractal dimension of the fractal, and it usually exceeds the fractal's topological dimension.[8]



The same fractal as above, magnified 6-fold. Same patterns reappear, making the exact scale being examined difficult to determine.



As mathematical equations, fractals are usually nowhere differentiable.[3][6][9] An infinite fractal curve can be conceived of as winding through space differently from an ordinary line, still being a 1-dimensional line yet having a fractal dimension indicating it also resembles a surface.[3]:15[8]:48

*will backword* (handwritten)



The same fractal as above, magnified 100-fold.

The mathematical roots of the idea of fractals have been traced throughout the years as a formal path of published works, starting in the 17th century with notions of recursion, then moving through increasingly rigorous mathematical treatment of the concept to the study of continuous but not differentiable functions in the 19th century by the seminal work of Bernard Bolzano, Bernhard Riemann, and Karl Weierstrass,[10] and on to the coining of the word *fractal* in the 20th century with a subsequent burgeoning of interest in fractals and computer-based modelling in the 20th century.[11][12] The term "fractal" was first used by mathematician Benoit Mandelbrot in 1975. Mandelbrot based it on the Latin



The same fractal as above, magnified 2000-fold, where the Mandelbrot set fine detail resembles the detail at low magnification.

10/12/2017

page—thirteen

*frāctus* meaning "broken" or "fractured", and used it to extend the concept of theoretical fractional dimensions to geometric patterns in nature.[3][405][7]



There is some disagreement amongst authorities about how the concept of a fractal should be formally defined. Mandelbrot himself summarized it as "beautiful, damn hard, increasingly useful. That's fractals."[13] More formally, in 1982 Mandelbrot stated that "A fractal is by definition a set for which the Hausdorff-Besicovitch dimension strictly exceeds the topological dimension."[14] Later, seeing this as too restrictive, he simplified and expanded the definition to: "A fractal is a shape made of parts similar to the whole in some way."[15] Still later, Mandelbrot settled on this use of the language: "...to use *fractal* without a pedantic definition, to use *fractal dimension* as a generic term applicable to *all* the variants."[16]

Sierpinski carpet (to level 6), a two-dimensional fractal

The general consensus is that theoretical fractals are infinitely self-similar, iterated, and detailed mathematical constructs having fractal dimensions, of which many examples have been formulated and studied in great depth.[3][4][5] Fractals are not limited to geometric patterns, but can also describe processes in time.[2][6][17][18][19][20] Fractal patterns with various degrees of self-similarity have been rendered or studied in images, structures and sounds[21] and found in nature,[22][23][24][25][26] technology,[27][28][29][30] art,[31][32] and law.[33] Fractals are of particular relevance in the field of chaos theory, since the graphs of most chaotic processes are fractal.[34]

## Contents

- 1 Introduction
- 2 History
- 3 Characteristics
- 4 Brownian motion
- 5 Common techniques for generating fractals
- 6 Simulated fractals
- 7 Natural phenomena with fractal features
- 8 In creative works
- 9 Physiological responses
- 10 Ion production capabilities
- 11 Applications in technology
- 12 See also
- 13 Notes
- 14 References
- 15 Further reading
- 16 External links

10/12/2017

*Page 14*

*Exhibit X*

## In creative works

Since 1999, more than 10 scientific groups have performed fractal analysis on over 50 of Jackson Pollock's (1912–1956) paintings which were created by pouring paint directly onto his horizontal canvases[64][65][66][67][68][69][70][71][72][73][74][75][76] Recently, fractal analysis has been used to achieve a 93% success rate in distinguishing real from imitation Pollocks.[77] Cognitive neuroscientists have shown that Pollock's fractals induce the same stress-reduction in observers as computer-generated fractals and Nature's fractals.[78]

Decalcomania, a technique used by artists such as Max Ernst, can produce fractal-like patterns.[79] It involves pressing paint between two surfaces and pulling them apart.

Cyberneticist Ron Eglash has suggested that fractal geometry and mathematics are prevalent in African art, games, divination, trade, and architecture. Circular houses appear in circles of circles, rectangular houses in rectangles of rectangles, and so on. Such scaling patterns can also be found in African textiles, sculpture, and even cornrow hairstyles.[32][80] Hokky Situngkir also suggested the similar properties in Indonesian traditional art, batik, and ornaments found in traditional houses.[81][82]

In a 1996 interview with Michael Silverblatt, David Foster Wallace admitted that the structure of the first draft of *Infinite Jest* he gave to his editor Michael Pietsch was inspired by fractals, specifically the Sierpinski triangle (a.k.a. Sierpinsky gasket), but that the edited novel is "more like a lopsided Sierpinsky Gasket".[31]



A fractal that models the surface of a mountain (animation)



3D recursive image

Fractal - Wikipedia



Recursive fractal butterfly image

*[Handwritten: Hologram Vision Implanted by entangled photon echo of Retina]*

*[Handwritten: Exhibit Z]*

## Physiological responses

Humans appear to be especially well-adapted to processing fractal patterns with D values between 1.3 –1.5.[83] When humans view fractal patterns with D values between 1.3–1.5, this tends to reduce physiological stress.[84][85]

## Ion production capabilities

If a circle boundary is drawn around the two-dimensional view of a fractal, the fractal will never cross the boundary, this is due to the scaling of each successive iteration of the fractal being smaller. When fractals are iterated many times, the perimeter of the fractal increases, while the area will never exceed a certain value. A fractal in three-dimensional space is similar, however, a difference between fractals in two dimensions and three dimensions, is that a three dimensional fractal will increase in surface area, but never exceed a certain volume.[86] This can be utilized to maximize the efficiency of ion propulsion, when choosing electron emitter construction and material. If done correctly, the efficiency of the emission process can be maximized.[87]

## Applications in technology

- Fractal antennas[88]
- Fractal transistor[89]
- Fractal heat exchangers[90]
- Digital imaging
- Urban growth[91][92]
- Classification of histopathology slides
- Fractal landscape or Coastline complexity
- Detecting 'life as we don't know it' by fractal analysis[93]
- Enzymes (Michaelis-Menten kinetics)
- Generation of new music

*[Handwritten: PAGE 15]*

Postgenderism - Wikipedia

WIKIPEDIA

*Page 16*

# Postgenderism

**Postgenderism** is a social, political and cultural movement which arose from the eroding of the cultural, biological, psychological and social role of gender, and an argument for why the erosion of binary gender will be liberatory.[1]

Postgenderists argue that gender is an arbitrary and unnecessary limitation on human potential, and foresee the elimination of involuntary biological and psychological gendering in the human species as a result of social and cultural evolution and through the application of neurotechnology, biotechnology and assistive reproductive technologies.[1]

Advocates of postgenderism argue that the presence of gender roles, social stratification, and cogno-physical disparities and differences are generally to the detriment of individuals and society. Given the radical potential for advanced assistive reproductive options, postgenderists believe that sex for reproductive purposes will either become obsolete, or that all post-gendered humans will have the ability, if they so choose, to both carry a pregnancy to term *and* 'father' a child, which, postgenderists believe, would have the effect of eliminating the need for definite genders in such a society.[1]

## Contents

1    Cultural roots
2    Types
3    Future technologies
4    Sexuality
5    Feminism
6    Novels with postgenderist themes
7    See also
8    References
9    Sources
10    External links

*the womens Rights movement was to get UGLY women Jobs, ALL the pretty & sophisticated ones managed*

# Cultural roots

11/1/2017

*PAGE 17*

WIKIPEDIA

# Outline of transhumanism

The following outline provides an overview of and a topical guide to transhumanism:

**Transhumanism** – international intellectual and cultural movement that affirms the possibility and desirability of fundamentally transforming the human condition by developing and making widely available technologies to eliminate aging and to greatly enhance human intellectual, physical, and psychological capacities.[1] Transhumanist thinkers study the potential benefits and dangers of emerging and hypothetical technologies that could overcome fundamental human limitations, as well as study the ethical matters involved in developing and using such technologies.[1] They predict that human beings may eventually be able to transform themselves into beings with such greatly expanded abilities as to merit the label "posthuman".[1]

## Contents

1   Classification of transhumanism
2   Transhumanist values
3   History of transhumanism
4   Current technological factors
5   Technological evolution
6   Related fields
7   Transhumanist media
8   Transhumanism in fiction
9   Transhumanist organizations
10   Transhumanist leaders and scholars
11   See also
12   References
13   External links

*Reference*

## Classification of transhumanism

Transhumanism can be described as all of the following:

- Branch of philosophy – study of general and fundamental problems, such as those connected with reality, existence, knowledge, values, reason, mind, and language.
  - Branch of humanism – philosophical and ethical stance that emphasizes the value and agency of human beings, individually and collectively, and generally prefers critical thinking and evidence (rationalism, empiricism) over established doctrine or faith (fideism). In modern times, humanist movements are typically aligned with secularism, and today "Humanism" typically refers to a non-theistic life stance centred on human agency, and looking to science instead of religious dogma in





Joseph Lee Jones #28771/034
c/o
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, Missouri 65801-4000

Clerk of The District Court
3rd Judicial District
Suite 209, Shawnee County Courthouse
200 SE. 7th Street
Topeka, KS 66603-3968